**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

IN THE MATTER OF THE COMPLAINT
OF EVERGLADES ISLAND BOAT
TOURS, LLC, as owner of the 2005 20'     CASE NO: 2:13-cv-1-UA-SPC
Airboat, with Hull identification No.
FLZBG740C505 for exoneration from or
limitation of liability,

    Petitioner.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Sheri Polster Chappell (Dkt. #5). The Court notes that there were no objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.The Petitioner, Everglades Island Boat Tours, LLC's Ad Interim Stipulation for Value and Stipulation for Costs (Dkt. #2) is **GRANTED**.

3.The above-described Ad Interim Stipulation for Value, with surety, is hereby approved and shall be deposited by the Petitioner with the Court for the benefits of claimants, in the sum of $18,000.00 with interest as aforesaid, as security for the amount or value of the Petitioner's interest in the aforesaid vessel.

4.Petitioner and any Claimant who may properly become a party hereto may contest the amount of value of Petitioner's interest in the Vessel as fixed in said Ad Interim Stipulation, subject to such increases or decreases in the amount of such Stipulation, together with adequate security, as the Court may from time to time order according to the rules and practices of this Court.

5.The Court, upon motion, should cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. §183, as amended, in respect of loss of life or bodily injury.

6.     If the amount of the Ad Interim Stipulation is not contested by any Claimant herein, said Stipulation should stand as a Stipulation for Value and an appraisal by a Commissioner will not be required.

7.     A notice should be issued by the Clerk of this Court to all persons asserting claims with respect to which the complaint seeks limitation admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorney for the Petitioner a copy thereof **within thirty (30) days of the last published Notice of the Court's Order in the Naples Daily News** or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability he shall file and serve on attorneys for Petitioner an answer to the Complaint on or before the said date, unless his claim has included an answer to the complaint, so designated, or be defaulted.

8.     The aforesaid notice should be published in the "Naples Daily News", once a week for four successive weeks prior to the date fixed for the filing of claims, as provided by the aforesaid Rule F; and copies of the notice shall also be mailed in accordance with the said Rule F.

9.     The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, or against the 2005 20' Airboat, with Hull Identification No.

FLZBG740C505, or against any property of the Petitioners except in this action, to recover damages for or in respect of any damages or injuries caused by or resulting from the accident of the aforesaid vessel as alleged in the Complaint, should hereby be restrained, stayed, and enjoined until the hearing and determination of this action.

10. Service of the order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

**DONE** and **ORDERED** in Tampa, Florida on January 28, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE