UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF EVERGLADES ISLAND BOAT
TOURS, LLC, as owner of the 2005
20&#039; Airboat, with Hull identification
No. FLZBG740C505 for exoneration
from or limitation of liability

        Petitioner,           Case No: 2:13-cv-1-FtM-38CM

_____/

## ORDER

    This matter comes before the Court on the Petitioner, Everglades Island Boat Tours, LLC.'s Motion to Cancel Ad Interim Stipulation for Value and Stipulation for Costs Bond and Discharge Surety (Doc. #28) filed on March 20, 2014.   The Petitioner moves the Court to cancel the Ad Interim Stipulation for Value and Stipulation for Costs Bond which was filed as a result of the Limitation of Liability action.  The Petitioner informs the Court that the Parties have now settled this matter and have reached an agreement on this issue.

    Accordingly, it is now

**ORDERED:**

    The Petitioner, Everglades Island Boat Tours, LLC.'s Motion to Cancel Ad Interim Stipulation for Value and Stipulation for Costs Bond and Discharge Surety (Doc. #28) is

**GRANTED**.  The Ad Interim Stipulation (Doc. # 7) entered on January 28, 2013, is hereby

**CANCELLED**.

      **DONE** and **ORDERED** in Fort Myers, Florida this 25th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record